# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RACHEL PORTER,

        Plaintiff,

vs.

AMERICAN FAMILY INSURANCE, *et al.*,

        Defendants.

Case No. 2:07-cv-00906-RLH-GWF

**ORDER**

**Defendant National Outsource, Inc.'s Motion to Strike or in the Alternative Motion for a More Definite Statement (#24)**

    Before the Court is Defendant National Outsource, Inc.'s Motion to Strike or in the Alternative Motion for More Definite Statement (#24), filed on December 20, 2007.

    On October 31, 2007, the Court issued Order (#16), which directed Plaintiff to amend her complaint to plead with greater specificity her claim that Defendant National Outsource, Inc. subjected Plaintiff to racial harassment and retaliation in violation of Title VII. On December 3, 2007, Plaintiff filed her Amended Complaint (#20). Pursuant to Fed. R. Civ. P. 8(e)(1), each averment of a pleading shall be simple, concise, and direct. After viewing Plaintiff's Amended Complaint (#20), it appears that Plaintiff has complied with Order (#16) and met the requirements of Fed. R. Civ. P. 8(e)(1). Accordingly,

    **IT IS HEREBY ORDERED** that Defendant National Outsource, Inc.'s Motion to Strike or in the Alternative Motion for More Definite Statement (#24) is **denied**.

    DATED this 4th day of January, 2008.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**