# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RACHEL PORTER, | ) | |
| Plaintiff(s), | ) | 2:07-cv-0907-RLH-GWF |
| vs. | ) | **O R D E R** |
| AMERICAN FAMILY INSURANCE, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#55, filed January 7, 2009), entered by the Honorable George W. Foley, regarding the Court's Order to Show Cause (#54, filed December 16, 2008). No objection was filed to Magistrate Judge Foley's Findings and Recommendations of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

/ / / /

/ / / /

/ / / /

/ / / /

1

1       IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2  tion (#55) is ACCEPTED and ADOPTED, and Plaintiff's action is dismissed.
3       Dated: January 23, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**